UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>              Defendants. | CASE NO. 3:21-cv-05668-JHC-JRC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the report and recommendation.

(2)    Plaintiff's claims are dismissed without prejudice, and the case is closed.

(3)    The Clerk is directed to send a copy of this Order to the Hon. J. Richard Creatura.

**DATED** this 15th date of April, 2022.

*John H. Chun*
_____
Hon. John H. Chun
United States District Judge